DAVID A. PRENTICE, County Counsel #144690
DOUGLAS W. NELSON, Assistant #72087
DAVID L. HERMAN, Deputy #216469
COUNTY OF MADERA
Madera County Counsel
200 West Fourth Street
Madera, California 93637
Tel:(559) 675-7717
Fax:(559) 675-0214
E-mail: daherman@madera-county.com

Attorneys for all Defendants
SANDRA UPTON, COUNTY OF MADERA
and DOES 1-50, inclusive

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| STANLEY BRADFORD CLARKE, | Case No.: 1:07-CV-00888-OWW-SMS |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| SANDRA UPTON; COUNTY OF MADERA; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**ORDER**

Based on the memorandum decision filed by this Court on October 3, 2007, after hearing on August 13, 2007 on Plaintiff's Motion to Remand, Defendants' Motion to Strike, and Defendants' Motion to Dismiss,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Remand is DENIED.

2. Defendants' Motion to Strike is DENIED without prejudice.

3. Defendants' Motion to Dismiss is DENIED in part and GRANTED WITH LEAVE TO AMEND in part.

PDF created with pdfFactory trial version www.pdffactory.com

4. Plaintiff shall file a Fourth Amended Complaint in compliance with all rulings in the Memorandum Decision of October 3, 2007, within thirty (30) days of the filing date of this Order. Failure to timely comply will result in dismissal of this action.

**IT IS SO ORDERED**.

DATED: October 17, 2007         /s/ OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

PROOF OF SERVICE
(Fed. R. Civ. Proc. 4(l))

1. I do hereby declare that I am a citizen of the United States, employed in the County of Madera, over 18 years old, and that my business address is 200 West Fourth Street, Madera, California 93637. I am not a party to the within action.

2. I served the foregoing **[PROPOSED] ORDER AFTER HEARING (UNITED STATES DISTRICT COURT CASE NO.: 1:07-CV-00888-OWW-SMS)** on the person(s) named on the attached Service List by enclosing a true copy thereof in a sealed envelope addressed as shown on the attached service list AND

_____ depositing said envelope(s) with the United States Postal Service with the postage thereon fully prepaid.

__X__ placing said envelope(s) for collection and mailing on the date and at the place shown in item 3 following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

3.   a. Date of Deposit: October __5__ 2007

     b. Place of Deposit: Madera, California

NAME AND ADDRESS OF EACH PERSON WHOM NOTICE WAS MAILED:

Stanley Bradford Clarke
955 Arthur Court
Madera, CA 93637

I declare under penalty of perjury that the foregoing is true and correct, and that this document was executed at Madera, California, on this 5th day of October 2007.

   /s/ David L. Herman
   DAVID L. HERMAN

S:\Admin\County Counsel\Litigation\Clarke v Upton\Federal Pleadings\order after hrg mtn to dismiss.doc

3
[PROPOSED] ORDER AFTER HEARING

PDF created with pdfFactory trial version www.pdffactory.com