1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9   STANLEY BRADFORD CLARKE,      )        No. CV-F-07-888 OWW/SMS
                                  )
10                                )        ORDER DIRECTING PARTIES TO
                                  )        ADDRESS ISSUE AT ORAL
11              Plaintiff,        )        ARGUMENT
                                  )
12          vs.                   )
                                  )
13                                )
    SANDRA UPTON, et al.,         )
14                                )
                                  )
15              Defendant.        )
                                  )
16 _____)

17      The parties are ordered to be prepared to discuss the impact

18 of California Government Code § 820.21 on Defendants' grounds for

19 dismissal of the Fourth and Fifth Causes of Action in Fourth

20 Amended Complaint based on state immunities.

21      IT IS SO ORDERED.

22 Dated:   April 24, 2008          _____/s/ Oliver W. Wanger_____
                                    UNITED STATES DISTRICT JUDGE
23

24

25

26

                                  1