IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY BRADFORD CLARKE, | ) | No. CV-F-07-888 OWW/SMS |
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO |
| | ) | ADDRESS ISSUE AT ORAL |
| Plaintiff, | ) | ARGUMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| SANDRA UPTON, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
|_____ | ) | |

The parties are ordered to be prepared to discuss the impact of California Government Code § 820.21 on Defendants' grounds for dismissal of the Fourth and Fifth Causes of Action in Fourth Amended Complaint based on state immunities.

IT IS SO ORDERED.

Dated:   April 24, 2008          _____/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE

1