IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY BRADFORD CLARKE,** ) | No. CV-F-07-888 OWW/SMS |
| ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR EXTENSION OF TIME |
|        **Plaintiff,** ) | TO JUNE 6, 2008 TO FILE |
| ) | FIFTH AMENDED COMPLAINT |
|   **vs.** ) | (Doc. 36) |
| ) | |
| ) | |
| **SANDRA UPTON, et al.,** ) | |
| ) | |
| ) | |
|        **Defendant.** ) | |
| ) | |
| _____) | |

**Plaintiff's motion for extension of time to June 6, 2008 to file the Fifth Amended Complaint is GRANTED.**

IT IS SO ORDERED.

**Dated:   June 9, 2008**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE

1