1

Andrew W. Sorensen, No. 078266
LAW OFFICES OF
**EMERSON, COREY & SORENSEN**
2520 WEST SHAW LANE, Suite 102
FRESNO, CALIFORNIA 93711-2765
Telephone (559) 432-7641
Facsimile (559) 432-7639

2

3

4

5

**Attorneys for** Defendants, SANDRA UPTON; AMPARA WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA

6

7

8

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| STANLEY BRADFORD CLARKE, | Case No.  1:07-cv-00888 OWW-SMS |
|---|---|
| Plaintiffs, | **ASSOCIATION OF ATTORNEYS FOR DEFENDANT AMPARA WILLIAMS AND ORDER** |
| vs. | |
| SANDRA UPTON; AMPARA WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | |
| Defendants. | COMPLAINT FILED: September 20, 2006 |

11

12

13

14

15

16

17

18

        Defendant, AMPARO WILLIAMS hereby associates the law firm of EMERSON, COREY &

19

SORENSEN, as her counsel in this matter, together with the Madera County Counsel's Office.

        The Association may be signed by the attorneys and parties in counterpart, and by original,

20

photocopy or facsimile signatures.

21

        DATED:  June 30, 2008

22

                                                                DAVID A. PRENTICE, County Counsel

23

                                                                DOUGLAS W. NELSON, Assistant County Counsel
                                                                DAVID L. HERMAN, Deputy

24

                                                                COUNTY OF MADERA

25

26

                                                By ____/s/ David L. Herman_____

27

                                                        David L. Herman, Deputy
                                                        Attorney for Defendants

28

///

1          DATED:  June 30, 2008

2                                              EMERSON, COREY & SORENSEN

3

4                                              By     /s/ Andrew W. Sorensen
5                                                      Andrew W. Sorensen

6

7                                **ORDER ON ASSOCIATION**

8

9

10
IT IS SO ORDERED.
11

12

Dated:     **July 10, 2008**                               **/s/ Sandra M. Snyder**
13

14                                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28