hurch, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & YOHMAN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:  (559) 432-7639

Attorneys for Defendants, SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| STANLEY BRADFORD CLARKE,<br><br>            Plaintiff,<br>    vs.<br><br>SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA,<br><br>            Defendants. | Case No.:  1:07-CV-00888 OWW/SMS<br><br>**ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS THE FIFTH AMENDED COMPLAINT PURSUANT TO FRCP 12(B)6 AND MOTION TO STRIKE PURSUANT TO FRCP 12(F)**<br><br>COMPLAINT FILED: |
|---|---|

Based upon the Stipulation and agreement of the parties, through their attorneys of record to Continue Defendants' Motion to Dismiss the Fifth Amended Complaint pursuant to FRCP 12(B)6 and Motion to Strike pursuant to FRCP 12(F) and good cause appearing therefore:

IT IS ORDERED THAT:

1.      That Defendants' Motion to Dismiss the Fifth Amended Complaint and Motion to Strike scheduled for September 8, 2008, be continued to November 3, 2008 at 10:00 a.m. in Department No. 3 of the above-entitled court.

IT IS SO ORDERED.

**Dated:   August 22, 2008**            /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE