David L. Rowell / SBN 156190
The Rowell Law Office
Post Office Box 4006
Clovis, California 93613
Telephone 559-299-3030

Attorney for Stanley Bradford Clarke

# THE UNITED STATES DISTRICT COURT

# FORTHE EASTEN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| STANLEY BRADFORD CLARKE, | No. CV-F-07-888 OWW/SMS |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTIONS; ORDER ON SAME |
| v. | |
| SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | |
| Defendants | |

## RECITALS

1.  Defendants Sandra Upton, Amparo Williams, Department of Social Services and County of Madera (hereinafter collectively "Defendants") filed motions to strike and to dismiss the Fifth Amended Complaint filed herein by plaintiff Stanley Bradford Clarke ("Clarke");

2.  Clarke filed an opposition to Defendants' motions and filed a counter-motion for leave to amend and for appointment as guardian ad litem of Clarke's minor child Ambroise.

3.  In a discussion with the court on November 3, 2008, Clarke and the Defendants, through counsel, agreed to continue the hearings on all these various motions to a later date;

4.  Counsel for Clarke and for the Defendants have now agreed that the hearings on these various motions should be held on February 9, 2009, at 10:00 a.m. in Department 3 of this Court.

5.     Now, therefore, the parties hereto, by and through their respective attorneys of record herein, agree and stipulate as follows:

## STIPULATION

1.     The hearings on Defendants' motions to dismiss and to strike, on Clarke's counter-motion for leave to amend and Clarke's motion for his appointment as guardian *ad litem* for Clarke's minor child Ambroise Clarke-Curutchague, shall all be held on February 9, 2009, at 10:00 a.m. in Department 3 of this Court.

Dated: November 4, 2008                     THE ROWELL LAW OFFICE


                                            _____/s/ David L. Rowell_____
                                            by: David L. Rowell, attorney for
                                            Stanley Bradford Clarke

Dated: November 4, 2008                     EMERSON, COREY, SORENSEN, CHURCH & YOHMAN



                                            _____/s/ Rayma Church_____
                                            by: Rayma Church, attorney for
                                            Sandra Upton, Amparo Williams, Department of
                                            Social Services and County of Madera


## ORDER ON STIPULATION

GOOD CAUSE therefore appearing, IT IS SO ORDERED


Dated: November 5, 2008                     /s/ OLIVER W. WANGER_____
                                            Oliver W. Wanger,
                                            U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com