David L. Rowell / SBN 156190
The Rowell Law Office
Post Office Box 4006
Clovis, California 93613
Telephone 559-299-3030

Attorney for Stanley Bradford Clarke

# THE UNITED STATES DISTRICT COURT

# FORTHE EASTEN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| STANLEY BRADFORD CLARKE, | No.  CV-F-07-888 OWW/SMS |
| Plaintiff, | STIPULATION TO CONTINUE HEAR<u>ING</u> <u>ON MOTIONS; ORDER ON SAME</u> |
| v. | |
| SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | |
| Defendants | |

## RECITALS

1. Defendants Sandra Upton, Amparo Williams, Department of Social Services and County of Madera (hereinafter collectively "Defendants") filed motions to strike and to dismiss the Fifth Amended Complaint filed herein by plaintiff Stanley Bradford Clarke ("Clarke");

2. Clarke filed an opposition to Defendants' motions and filed a counter-motion for leave to amend and for appointment as guardian ad litem of Clarke's minor child Ambroise.

3. In a discussion with the court on November 3, 2008, Clarke and the Defendants, through counsel, agreed to continue the hearings on all these various motions to a later date;

4. The Court thereafter continued these hearings to February 9, 2009, at 10:00 a.m. in Department 3 of this Court.

5. Subsequent to these events counsel for Clarke and counsel for the Defendants submitted a joint request to the Madera County Superior Court, Juvenile Division, for release of a sealed court file related

to Ambroise Clarke-Curutchague, a file which counsel for Clarke and counsel for the Defendants wished to obtain and review prior to the continued herein herein.

      6.     That sealed court file has not yet been released by the Madera County Superior Court, Juvenile Division, and counsel therefore have agreed to continue these hearings again, in order to obtain and review the same prior to the hearing.

      7.     In order to ensure that the court file is obtained in advance of the hearing, counsel wish to continue the hearing to a date convenient to the Court but not earlier than March 23, 2009.

      8.     Now, therefore, the parties hereto, by and through their respective attorneys of record herein, agree and stipulate as follows:

### STIPULATION

      1.     The hearings on Defendants' motions to dismiss and to strike, on Clarke's counter-motion for leave to amend and Clarke's motion for his appointment as guardian *ad litem* for Clarke's minor child Ambroise Clarke-Curutchague, shall all be held on a date to be assigned by the Court, but in any case not before March 23, 2009.

Dated: January 8, 2009                                    THE ROWELL LAW OFFICE

                                                                        /s/ David L. Rowell
                                                               by: David L. Rowell, attorney for
                                                               Stanley Bradford Clarke

Dated: January 8, 2009                                      EMERSON, COREY, SORENSEN, CHURCH & YOHMAN

                                                                    /s/ Rayma Church
                                                               by: Rayma Church, attorney for
                                                               Sandra Upton, Amparo Williams, Department of Social Services and County of Madera

### ORDER ON STIPULATION

GOOD CAUSE therefore appearing, IT IS HEREBY ORDERED that the hearings on Defendants' motions to dismiss and to strike, on Clarke's counter-motion for leave to amend and Clarke's motion for his

*Stipulation and Order re Hearing Date*

The Rowell Law Office
P.O. Box 4006
Clovis, Ca. 93613
559.299.3030

1 appointment as guardian *ad litem* for Clarke's minor child Ambroise Clarke-Curutchague, shall all be held on
2 March 30, 2009, at 10:00 am, in Department 3 of this Court.

3 Dated: 1/8/2009                                        /s/ OLIVER W. WANGER

                                                          Oliver W. Wanger, U.S. District Court Judge