David L. Rowell / SBN 156190
The Rowell Law Office
Post Office Box 4006
Clovis, California 93613
Telephone 559-299-3030

Attorney for Stanley Bradford Clarke

# THE UNITED STATES DISTRICT COURT

# FORTHE EASTEN DISTRICT OF CALIFORNIA

***

| STANLEY BRADFORD CLARKE, | ) No. CV-F-07-888 OWW/SMS |
|---|---|
| Plaintiff, | ) Stipulation and Order Regarding |
| v. | ) <u>Scheduling Conference;</u> |
| SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | ) |
| Defendants | ) |

## RECITALS

1.  Defendants Sandra Upton, Amparo Williams, Department of Social Services and County of Madera (hereinafter collectively "Defendants") filed motions to strike and to dismiss the Fifth Amended Complaint filed herein by plaintiff Stanley Bradford Clarke ("Clarke");

2.  Clarke filed an opposition to Defendants' motions and filed a counter-motion for leave to amend and for appointment as guardian ad litem of Clarke's minor child Ambroise.

3.  Those motions and counter-motions were heard on April 27, 2009, in Department 3 of this court, the Honorable Oliver W. Wanger, judge presiding.

4.  At the conclusion of the hearing it was determined that the court would issue an order ruling on those motions and counter-motions, that Clarke would file an amended complaint in conformity therewith, and that the Defendants would respond to that amended complaint in such fashion as seemed appropriate to them and to their counsel.

- 1 -

*Stipulation and Order re Scheduling Conference*

5. The court's order on those motions and counter-motions has not yet issued, Clarke's amended complaint has, therefore, not yet been drafted or filed, nor has Defendants' response thereto.

6. Counsel for Clarke and for the Defendants have agreed that that the Scheduling Conference currently scheduled herein for May 29, 2009, at 8:15 a.m. in Department 3 of this Court is premature, in that, until Clarke's amended complaint and Defendants' response thereto are filed, this case is not at issue and therefore, the Scheduling Conference should be continued until such later date as is convenient for the court, following the filing of Clarke's amended complaint and Defendants' response thereto.

7. Now, therefore, the parties hereto, by and through their respective attorneys of record herein, agree and stipulate as follows:

## STIPULATION

1. The Scheduling Conference currently scheduled herein for May 29, 2009, at 8:15 a.m. shall be continued until such later date as is convenient for the court, following the filing of Clarke's amended complaint and Defendants' response thereto, with the parties Scheduling Conference Statements to be filed and served as required by the applicable Rules of Court.

Dated: May 20, 2009              THE ROWELL LAW OFFICE


                                 /s/ David L. Rowell
                                 by: David L. Rowell, attorney for
                                 Stanley Bradford Clarke

Dated: May 20, 2009              EMERSON, COREY, SORENSEN, CHURCH & YOHMAN


                                 /s/ Ryan Libke
                                 by: Ryan Libke, attorney for
                                 Sandra Upton, Amparo Williams, Department of
                                 Social Services and County of Madera

- 2 -

*Stipulation and Order re Scheduling Conference*

## ORDER ON STIPULATION

GOOD CAUSE THREFOR APPEARING, IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled herein for May 29, 2009, at 8:15 a.m. shall be continued until August 28, 2009, at 8:15 AM, in Department 3 of this Court, with the parties Scheduling Conference Statements to be filed and served as required by the applicable Rules of Court

Dated: 5/21/2009  /s/ OLIVER W. WANGER
Oliver W. Wanger,
U.S. District Court Judge

*Stipulation and Order re Scheduling Conference*