1  David L. Rowell / SBN 156190
   The Rowell Law Office
2  Post Office Box 4006
   Clovis, California 93613
3  Telephone 559-299-3030

4  Attorney for Stanley Bradford Clarke



**FILED**

JUN 25 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

FOR THE EASTEN DISTRICT OF CALIFORNIA

\*\*\*

| STANLEY BRADFORD CLARKE, | ) No. CV-F-07-888 OWW/SMS |
|---|---|
| Plaintiff, | ) Stipulation and Order Regarding |
| v. | ) Filing of Sixth Amended Complaint; |
| SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | ) |
| Defendants | ) |

## RECITALS

1. Defendants Sandra Upton, Amparo Williams, Department of Social Services and County of Madera (hereinafter collectively "Defendants") filed motions to strike and to dismiss the Fifth Amended Complaint filed herein by plaintiff Stanley Bradford Clarke ("Clarke");

2. Clarke filed an opposition to Defendants' motions and filed a counter-motion for leave to amend and for appointment as guardian ad litem of Clarke's minor child Ambroise.

3. Those motions and counter-motions were heard on April 27, 2009, in Department 3 of this court, the Honorable Oliver W. Wanger, judge presiding.

4. On May 26, 2009 the Court's Memorandum Decision and Order granting in part and denying in part these motions and counter-motions was filed and, pursuant thereto, Clarke was given until June 19, 2009 to file a sixth amended complaint.

5. A calendaring error occurred in Clarke's counsel's office, and the date June 29, 2009 was calendared as the last day for Clarke to file a sixth amended complaint.

6. This calendaring error came to Clarke's counsel's attention on June 24, 2009 and, promptly thereafter, Clarke's counsel sought and obtained an agreement from Defendants' counsel to extend the deadline for Clarke to file a Sixth Amended Complaint.

7. Pursuant thereto, counsel for Clarke and for the Defendants have agreed that Defendants would suffer no prejudice by reason of relieving Clarke from the consequences of this calendaring error nor any prejudice by extending the deadline for Clarke to file a sixth amended complaint, and that this deadline should be extended by a period of twenty-one (21) days from the date hereof.

8. Now, therefore, the parties hereto, by and through their respective attorneys of record herein, agree and stipulate as follows:

## STIPULATION

1. The deadline for Clarke to file a Sixth Amended Complaint pursuant to the Court's Memorandum Decision and Order filed on May 26, 2009 shall be extended until July 15, 2009, or until twenty-one (21) days from the date the Court signs and files the proposed order attached hereto, whichever is later.

Dated: June 24, 2009                    THE ROWELL LAW OFFICE


                                        /s/ David L. Rowell
                                        by: David L. Rowell, attorney for
                                        Stanley Bradford Clarke

Dated: June 24, 2009                    EMERSON, COREY, SORENSEN, CHURCH
                                        & YOHMAN


                                        /s/ Ryan Libke
                                        by: Ryan Libke, attorney for
                                        Sandra Upton, Amparo Williams, Department
                                        of Social Services and County of Madera

Stipulation and Order re Deadline for Filing
Sixth Amended Complaint

## ORDER ON STIPULATION

GOOD CAUSE THREFOR APPEARING, IT IS HEREBY ORDERED that the deadline for plaintiff Stanley Bradford Clarke to file a Sixth Amended Complaint pursuant to the Court's Memorandum Decision and Order filed on May 26, 2009 shall be extended until July 15, 2009, ~~or until twenty-one (21) days from the date hereof, whichever is later~~ *oww*

Dated: 6-25-09

Oliver W. Wanger,
U.S. District Court Judge