David L. Rowell / SBN 156190
The Rowell Law Office
Post Office Box 4006
Clovis, California 93613
Telephone 559-299-3030

Attorney for Stanley Bradford Clarke

# THE UNITED STATES DISTRICT COURT

## FORTHE EASTEN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| STANLEY BRADFORD CLARKE, | No.  CV-F-07-888 OWW/SMS |
| Plaintiff, | Stipulation and Order Regarding Filing of Sixth Amended Complaint; |
| v. | |
| SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | |
| Defendants | |

## RECITALS

1. Defendants Sandra Upton, Amparo Williams, Department of Social Services and County of Madera (hereinafter collectively "Defendants") filed motions to strike and to dismiss the Fifth Amended Complaint filed herein by plaintiff Stanley Bradford Clarke ("Clarke");

2. Clarke filed an opposition to Defendants' motions and filed a counter-motion for leave to amend and for appointment as guardian ad litem of Clarke's minor child Ambroise.

3. Those motions and counter-motions were heard on April 27, 2009, in Department 3 of this court, the Honorable Oliver W. Wanger, judge presiding.

4. On May 26, 2009 the Court's Memorandum Decision and Order granting in part and denying in part these motions and counter-motions was filed and, pursuant thereto, Clarke was given until June 19, 2009 to file a sixth amended complaint.

Stipulation and Order  re Deadline for Filing
Sixth Amended Complaint

5. The parties hereto, through their respective counsel, previously agreed to extend, and the court entered its order extending the deadline for Clarke to file a sixth amended complaint to July 15, 2009.

6. In the interim Clarke has agreed to proceed *in propria persona* and concurrently herewith Clarke is filing a Substitution of Attorney's pursuant to which Clarke will so proceed. The parties hereto, therefore, agree to extend the deadline for Clarke to file a sixth amended complaint by an additional ten day period; that is, to July 25, 2009.

7. The parties hereto further agree that Defendants will suffer no prejudice by by extending the deadline for Clarke to file a sixth amended complaint, and that the deadline should be extended as herein set out.

8. Now, therefore, the parties hereto, by and through their respective attorneys of record herein, agree and stipulate as follows:

## STIPULATION

1. The deadline for Clarke to file a Sixth Amended Complaint pursuant to the Court's Memorandum Decision and Order filed on May 26, 2009 shall be extended until July 25, 2009.

Dated: July 15, 2009                        THE ROWELL LAW OFFICE

                                            /s/ David L. Rowell
                                            by: David L. Rowell, attorney for
                                            Stanley Bradford Clarke

Dated: July 15, 2009                        EMERSON, COREY, SORENSEN, CHURCH & YOHMAN

                                            /s/ Ryan Libke
                                            by: Ryan Libke, attorney for
                                            Sandra Upton, Amparo Williams, Department of Social Services and County of Madera

## ORDER ON STIPULATION

GOOD CAUSE THREFOR APPEARING, IT IS HEREBY ORDERED that the deadline for plaintiff Stanley Bradford Clarke to file a Sixth Amended Complaint pursuant to the Court's Memo-

randum Decision and Order filed on May 26, 2009 shall be extended until July 25, 2009.

Dated: __7-17-09_____

                                          Oliver W. Wanger,
                                          U.S. District Court Judge