David L. Rowell / SBN 156190
The Rowell Law Office
Post Office Box 4006
Clovis, California 93613
Telephone 559-299-3030

Attorney for Stanley Bradford Clarke

FILED

JUL 1 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT

## FORTHE EASTEN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| STANLEY BRADFORD CLARKE, | No. CV-F-07-888 OWW/SMS |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS; |
| v. | |
| SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA, | |
| Defendants | |

TO ALL PARTIES TO THE ABOVE-REFERENCED ACTION AND TO THEIR AT-TORNEYS OF RECORD HEREIN:

TAKE NOTICE that plaintiff Stanley Bradford Clarke hereby substitutes himself *in propria persona* in place of and instead of his former legal representative attorney David L. Rowell.

Hereafter, the address and telephone number for service of process on this party shall be as follows: Stanley Bradford Clarke, 955 Arthur Court, Madera, California 93637; telephone: none.

Dated: July 11, 2009

I consent to this substitution                    THE ROWELL LAW OFFICE

Dated June 11, 2009

I consent to this substitution

_____
Stanley Bradford Clark

**Order**

GOOD CAUSE therefore appearing, IT IS SO ORDERED.

Date: **7-17-19**

_____
Oliver W. Wanger,
U.S. District Judge