1   Ryan D. Libke, No. 193742

2              LAW OFFICES OF
    **EMERSON, COREY, SORENSEN,**
3           **CHURCH & LIBKE**
             2520 WEST SHAW LANE, SUITE 102
4             FRESNO, CALIFORNIA  93711-2765
               Telephone: (559) 432-7641
               Facsimile:   (559) 432-7639

5   Attorneys for Defendants, SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF
    SOCIAL SERVICES; and COUNTY OF MADERA
6

7

8              THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  STANLEY BRADFORD CLARKE,          Case No.:  1:07-CV-00888 OWW/SMS

11             Plaintiff,             **STIPULATION TO AMEND SCHEDULING
                                      ORDER**
12       vs.

13  SANDRA UPTON; AMPARO WILLIAMS;
    DEPARTMENT OF SOCIAL SERVICES;
14  and COUNTY OF MADERA,

15             Defendants.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto, through their

18  respective attorneys of record that dates in the Scheduling Order dated July 29, 2010, be

19  modified as follows:

20       The date for dispositive motion/motion for summary judgment hearing be continued

21  from August 29, 2011 to October 17, 2011.

22       The new dates will allow the parties to complete further contemplated discovery.

23       The Stipulation may be signed by the attorneys in counterpart, and by original,

24  photocopy or facsimile signatures.

25       DATED:   August 25, 2011

26

27                        By   /s/ Stanley Bradford Clarke
                             Stanley Bradford Clarke
28                           Plaintiff in Pro Per

DATED:   August 25, 2011

EMERSON, COREY, SORENSEN,
CHURCH & LIBKE


By ___/s/ Rayma Church_____
Rayma Church
Attorneys for Defendants,
SANDRA UPTON; AMPARO WILLIAMS;
DEPARTMENT OF SOCIAL SERVICES; and
COUNTY OF MADERA


**ORDER**


DATED:  August 26, 2011

IT IS SO ORDERED.


__/s/ OLIVER W. WANGER_____
Honorable Oliver W. Wanger
U.S. DISTRICT COURT JUDGE