Ryan D. Libke, No. 193742

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:  (559) 432-7639

Attorneys for Defendants, SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE,<br><br>    Plaintiff,<br>vs.<br><br>SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA,<br><br>    Defendants. | Case No.: 1:07-CV-00888 OWW/SMS<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that dates in the Scheduling Order dated July 29, 2010, be modified as follows:

The date for dispositive motion/motion for summary judgment hearing be continued from August 29, 2011 to October 17, 2011.

The new dates will allow the parties to complete further contemplated discovery.

The Stipulation may be signed by the attorneys in counterpart, and by original, photocopy or facsimile signatures.

DATED:  August 25, 2011

By   /s/ Stanley Bradford Clarke
Stanley Bradford Clarke
Plaintiff in Pro Per

DATED: August 25, 2011

        EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By   /s/ Rayma Church
    Rayma Church
    Attorneys for Defendants,
    SANDRA UPTON; AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA

**ORDER**

DATED: August 26, 2011

IT IS SO ORDERED.

  /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
U.S. DISTRICT COURT JUDGE