IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE,<br><br>Plaintiff,<br>v.<br><br>SANDRA UPTON, AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA<br><br>Defendants. | 1:07-CV-0888 AWI-SMS<br><br>ORDER VACATING DECEMBER 5, 2011, HEARING DATE AND TAKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION |

    Defendants have noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on December 5, 2011. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 21, 2011. Plaintiff has not done so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2011, is VACATED, and no party shall appear at that time. As of December 5, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 1, 2011

CHIEF UNITED STATES DISTRICT JUDGE