1

2              IN THE UNITED STATES DISTRICT COURT FOR THE

3                      EASTERN DISTRICT OF CALIFORNIA

4

5    STANLEY BRADFORD CLARKE,         )      1:07-CV-0888 AWI-SMS
                                      )
6              Plaintiff,             )      ORDER VACATING
          v.                         )      DECEMBER 5, 2011,
7                                     )      HEARING DATE AND
     SANDRA UPTON, AMPARO             )      TAKING DEFENDANTS'
8    WILLIAMS; DEPARTMENT OF          )      MOTION FOR SUMMARY
     SOCIAL SERVICES; and COUNTY OF   )      JUDGMENT UNDER
9    MADERA                           )      SUBMISSION
                                      )
10             Defendants.            )
                                      )
11   _____ )

12

13

14          Defendants have noticed for hearing and decision a motion for summary judgment.  The

15   matter was scheduled for hearing to be held on December 5, 2011.  Pursuant to Local Rule 78-

16   230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later

17   than November 21, 2011.  Plaintiff has not done so.

18          Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in

19   violation of the Local Rules.  See Local Rule 78-230(c).  Plaintiff is further not entitled to be

20   heard at oral argument in opposition to the motion.  Id.  The court has reviewed Defendants'

21   motion and the applicable law, and has determined that the motion is suitable for decision

22   without oral argument.  See Local Rule 78-230(g).

23          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December

24   5, 2011, is VACATED, and no party shall appear at that time.  As of December 5, 2011, the court

25   will take the matter under submission, and will thereafter issue its decision.

26

27   IT IS SO ORDERED.

28   Dated:    December 1, 2011                  _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE