IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE, ) | 1:07-CV-0888 AWI-SMS |
| ) | |
| Plaintiff, ) | DISCLOSURE |
| v. ) | |
| ) | |
| SANDRA UPTON, AMPARO ) | |
| WILLIAMS; DEPARTMENT OF ) | |
| SOCIAL SERVICES; and COUNTY OF ) | |
| MADERA ) | |
| ) | |
| Defendants. ) | |

A judge has an affirmative duty to recuse himself/herself in any proceeding in which his/her impartiality might reasonably be questioned.  28 U.S.C. § 455; <u>Liteky v. United States</u>, 510 U.S. 540, 555 (1994).   In some cases, it is unclear whether a judge has an implied conflict until the parties' review both the specific facts of their case and the judge's personal circumstances.  For this reason, the undersigned makes the following disclosure: It has come to the attention of the undersigned that Dr. Devona Kaji is a potential witness in this case.  Dr. Kaji is the undersigned's sister-in-law.  Because from the face of the moving papers it does not appear that the undersigned has an implied conflict, the undersigned declines to sua sponte recuse himself from this case.  However, leave to file a motion for recusal is given to any party who believes that after reviewing the facts of this particular case such a motion is appropriate.  Any motion for recusal shall be filed no later than 4 p.m. on Friday, February 24, 2012.

IT IS SO ORDERED.

Dated:   February 14, 2012          _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE