IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE,<br><br>    Plaintiff,<br>  v.<br><br>SANDRA UPTON, AMPARO WILLIAMS; DEPARTMENT OF SOCIAL SERVICES; and COUNTY OF MADERA<br><br>    Defendants. | 1:07-CV-0888 AWI-SMS<br><br>ORDER VACATING DECEMBER 17, 2012 HEARING DATE AND TAKING PLAINTIFF'S MOTION FOR RELIEF OR RECONSIDERATION UNDER SUBMISSION<br><br>(Doc. Nos. 154, 156) |

Currently pending before this court is Plaintiff's Motion for Relief or Reconsideration of the Court's Order dated September 26, 2012. *See* Court's Docket, Doc. Nos. 154, 156. Defendants have filed an opposition. *See* Court's Docket, Doc,. No. 159. Plaintiff's reply was due on December 10, 2012. *See* Local Rule 230(d). Plaintiff did not timely file a reply. The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 17, 2012, is VACATED, and no party shall appear at that time. As of December 17, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     December 11, 2012

_____
UNITED STATES DISTRICT JUDGE