# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BRADFORD CLARKE,          )<br>                                                           )<br>          Plaintiff,                              )<br>    v.                                                  )<br>                                                           )<br>SANDRA UPTON, AMPARO           )<br>WILLIAMS; DEPARTMENT OF      )<br>SOCIAL SERVICES; and COUNTY OF )<br>MADERA                                          )<br>                                                           )<br>          Defendants.                          )<br>_____ | 1:07-CV-0888 AWI-SMS<br><br>ORDER STRIKING<br>PLAINTIFF'S REQUEST FOR<br>JUDICIAL NOTICE |

Plaintiff Stanley Bradford Clarke ("Plaintiff") filed the instant civil rights action against Defendants County of Madera (the "County"), County of Madera Department of Social Services ("DSS"), Sandra Upton ("Upton"), and Amparo Williams ("Williams") (collectively, "Defendants"). On September 26, 2012, the court granted Defendants' motion for summary judgment and entered judgment for Defendants. *See* Court's Docket, Doc. Nos. 152, 153. Plaintiff has moved for relief from judgment and reconsideration of the court's prior order, pursuant to Federal Rules of Civil Procedure 59(e) and 60(b). *Id*. Doc. Nos. 154, 156. Defendants have filed an opposition. *Id*. Doc. No. 159. Plaintiff's reply was due on December 10, 2012. *See* Local Rule 230(d). Plaintiff did not timely file a reply. The court took the matter under submission on December 11, 2012. *See* Court's Docket, Doc. No. 160. On December 14, 2012, Plaintiff filed a Request for Judicial Notice. Because this document is in the nature of a reply and was not filed by the deadline set by the Local Rules, the court will not consider the document.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Judicial Notice, filed on December 14, 2012, is STRICKEN as untimely.

**IT IS SO ORDERED.**

Dated:  **December 14, 2012**

_____
**UNITED STATES DISTRICT JUDGE**